JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUR TRANSPORTATION INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:24−cv−07826 TJH (AJRx)<br><br>*Assigned to Judge Terry J. Hatter, Jr.*<br><br>**ORDER** |

　　　　Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

Dated: April 16, 2025

　　　　　　　　　　　　　　　　　Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　United States District Judge

1